# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DWIGHT M. CURO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE <br> Commissioner of Social Security, <br><br> Defendant | Civil No. 3:08-CV-5194-KLS <br><br><br><br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings as set forth in this Court's Order.

DATED this 15th day of September, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Judgment - 1